**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TERRY JOE FIELDS | CIVIL ACTION NO. 08-1269-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANTHONY BATSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections (Record Documents 25 and 30) filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for being frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(I) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 26th day of May, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE